Opinion filed April 5, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed April 5, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00140-CV 

                                                    __________

 

                              EDWARD
ARTHUR KOHLER, Appellant

                                                             V.

                             DARRYL
S. HAMPTON ET AL, Appellees

 



 

                                        On
Appeal from the 132nd District Court

                                                          Scurry
 County, Texas

                                                   Trial
Court Cause No. 22,467

 



 

                                              M
E M O R A N D U M   O P I N I O N

The
trial court signed the order dismissing Edward Arthur Kohler=s petition on April 27, 2006.  The clerk=s
record was filed in this court on June 26, 2006.  Kohler has received numerous extensions of
time in which to file his brief.  On
February 26, 2007, the clerk of this court wrote the parties and informed
Kohler that, if his brief was not filed on or before March 28, 2007, the appeal
would be dismissed for want of prosecution. 
As of this date, there has been no response to our March 28 letter.

Therefore,
the appeal is dismissed.  Tex. R. App. P. 38.8(a), 42.4.

 

April 5, 2007                                                                            PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.